NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JONATHAN RYAN CORNISH,**

*Plaintiff-Appellant*

**v.**

**MICHAEL D. FRAZIER, Butner Legal Center,**

*Defendant-Appellee*

---

2024-1949

---

Appeal from the United States District Court for the Eastern District of North Carolina in No. 5:23-ct-03096-FL-RJ, Judge Louise Wood Flanagan.

---

## O R D E R

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

2                                                    CORNISH V. FRAZIER


   ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.



                                           FOR THE COURT


January 3, 2025                            Jarrett B. Perlow
Date                                       Clerk of Court